IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER D. BRUNING, § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-0802-M |
| § | |
| NATIONSTAR § | |
| MORTGAGE, L.LC., et al., § | |
|     Defendants. § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendants' Motion to Dismiss, Doc. 8, is **GRANTED** and Plaintiff's Motion to Reconsider, Doc. 9, is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 28th day of February 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE